■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD MICHALOWSKI, Appellant. [664 NYS2d 751] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered August 26, 1996, convicting him of rape in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., Copertino, Pizzuto, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS SIMS, Appellant. [664 NYS2d 752] —Appeal by the defendant from a judgment of the County Court, Rockland County (Meehan, J.), rendered December 2, 1994, convicting him of criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed (*see, People v Bryant,* 242 AD2d 637 [decided herewith]). Miller, J. P., Ritter, Santucci and Florio, JJ., concur.